# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-40798
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 13, 2014

Lyle W. Cayce
Clerk

KRISHNA REDDY,

Plaintiff – Appellant

v.

GARY SMITH, individually and also as the agent of the defendant Superior Global Solutions, Incorporated; KATHY COOS, individually and also as the agent of the defendant Superior Global Solutions, Incorporated; KAREN BOUDREAUX, individually and also as the agent of the defendant Superior Global Solutions, Incorporated; CHRISTINE RANDOLPH, individually and also as the agent of the defendant Superior Global Solutions, Incorporated; DOES 1 THROUGH 100; SUPERIOR GLOBAL SOLUTIONS; SYDNIEE SCHUSTER, individually and also as the agent of the defendant Superior Global Solutions, Incorporated,

Defendants – Appellees

Appeals from the United States District Court
for the Eastern District of Texas
Case No. 4:11-CV-845

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:*

The judgment of the district court is AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.